[No. 36796-3-II. Division Two. February 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LAMAR SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-00698-2, John F. Nichols, J., entered September 13, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 36836-6-II. Division Two. February 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH HAROLD LATIMER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-01832-0, Robert A. Lewis, J., entered October 5, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 36851-0-II. Division Two. February 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK B.B.J. HANNON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 05-1-00707-3, Richard L. Brosey, J., entered October 10, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ.

[No. 37245-2-II. Division Two. February 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL E. HENSLER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 06-1-00036-9, David E. Foscue, J., entered December 26, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J., and Armstrong, J.